Craig SAUNDERS, Appellant

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF CORRECTIONS, State Correctional Institution at Rockview, Appellees

No. 34 EAP 2016

Supreme Court of Pennsylvania.

April 26, 2017

Craig Saunders, pro se.

Theron Richard Perez, Maria Gerarda Macus, Pennsylvania Department of Corrections, 1920 Technology Parkway, Mechanicsburg, PA 17050, for Appellees.

## ORDER

PER CURIAM

AND NOW, this 26th day of April, 2017, the Order of the Commonwealth Court is AFFIRMED.

Mary J.B. EIDELMAN, Esquire, Appellant

v.

TIMONEY KNOX, LLP, Richard L. Caplan, Esq., The Law Offices of Todd Mosser, PLLC, Todd Mosser, Esq. III, and Paul Abeln, Appellees

No. 68 MAP 2016

Supreme Court of Pennsylvania.

DECIDED: May 22, 2017

## ORDER

PER CURIAM

AND NOW, this 22nd day of May, 2017, the order of the Lehigh County Court of Common Pleas dated May 31, 2016 is REVERSED based on our decision in *Villani v. Seibert*, —— Pa. ——, 159 A.3d 478 (2017), and the matter is REMANDED for further proceedings.

The Motion to Quash is DENIED.